UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CENTENNIAL BANK,

    Plaintiff,

vs.    Case No.: 8:17-cv-1721-T-27JSS

BAKERFIELD CUSTOM HOMES CORP.,
et al.,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Receiver's Application for Compensation from February 1, 2018 to February 28, 2018. (Dkt. 169). No party responded to the application, and the time for filing objections has elapsed. (Dkt. 117 ¶¶ 9, 12). The application, therefore, is deemed unopposed. *See* M.D. Fla. R. 3.01(b).

Based on a review of the time records and related documentation submitted by the Receiver, including the Receiver's Sixth Report dated March 2, 2018, (Dkts. 168, 169), the Court finds that the amount requested by the Receiver reflects reasonable compensation for services rendered. *See SEC v. W.L. Moody & Co. Bankers (Unincorporated)*, 374 F.Supp. 465, 480 (S.D. Tex. 1974), *aff'd sub nom. SEC v. W. L. Moody & Co.*, 519 F.2d 1087 (5th Cir. 1975) ("a reasonable fee is based on all circumstances surrounding the receivership").[1]

Accordingly, the Receiver's Application for Compensation from February 1, 2018 to February 28, 2018 (Dkt. 169) is **GRANTED** and **APPROVED**.

---

[1] In *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc), the Eleventh Circuit adopted as binding precedent all decisions of the former Fifth Circuit handed down prior to October 1, 1981.

The Receiver, Steven S. Oscher, is awarded $3,047.50 as compensation for services rendered, said sum to be payable in accordance with the terms of the Order on Centennial Bank's Verified Motion for Appointment of Receiver to Maintain and Safeguard Assets (Dkt. 117).

**DONE AND ORDERED** this 22nd day of March, 2018.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Steven S. Oscher