# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**CENTENNIAL BANK,**

    **Plaintiff,**

vs.                                                    Case No.: 8:17-cv-1721-T-27-JSS

**BAKERFIELD CUSTOM HOMES CORP.,**
**et al.,**

    **Defendants.**
_____/

## ORDER

**BEFORE THE COURT** is the Receiver's Application for Compensation from February 1, 2019 to March 6, 2019. (Dkt. 273).

Based on a review of the time records and related documentation submitted by the Receiver, including the Receiver's Eighteenth Report dated March 6, 2019, (Dkt. 272), the Court finds that the amount requested by the Receiver reflects reasonable compensation for services rendered. *See SEC v. W.L. Moody & Co. Bankers (Unincorporated)*, 374 F. Supp. 465, 480 (S.D. Tex. 1974), *aff'd sub nom. SEC v. W. L. Moody & Co.*, 519 F.2d 1087 (5th Cir. 1975) ("a reasonable fee is based on all circumstances surrounding the receivership").[1]

Accordingly, the Receiver's Application for Compensation from February 1, 2019 to March 6, 2019 (Dkt. 273) is **GRANTED** and **APPROVED**.

The Receiver, Steven S. Oscher, is awarded $622.50 as compensation for services rendered,

---

[1] In *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc), the Eleventh Circuit adopted as binding precedent all decisions of the former Fifth Circuit handed down prior to October 1, 1981.

said sum to be payable in accordance with the terms of the Order on Centennial Bank's Verified Motion for Appointment of Receiver to Maintain and Safeguard Assets (Dkt. 117).

**DONE AND ORDERED** this 8th day of March, 2019.

*/s/ James D. Whittemore*
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record
Steven S. Oscher