UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CENTENNIAL BANK,

    Plaintiff,

v.                                                         Case No: 8:17-cv-1721-T-27JSS

BAKERFIELD CUSTOM HOMES
CORP., et al.,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Unopposed Motion to Release the Receiver's Bond, Discharge Steven S. Oscher as Receiver, and Terminate the Receivership (Dkt. 282). "The decision whether to remove a receiver is, like the decision to appoint one, an equitable determination resting in the sound discretion of the district court." *See Sec. & Exch. Comm'n v. Spence & Green Chem. Co.*, 612 F.2d 896, 904 (5th Cir. 1980). In the unopposed motion, Plaintiff states that the Receiver's obligations have been completed and that he has been fully compensated for his services. (Dkt. 282 at p. 4). Upon consideration, the motion is **GRANTED**. Accordingly, Steven S. Oscher is discharged, the receivership is terminated, and the Clerk is directed to release the Receiver's bond.

**DONE AND ORDERED** this 22nd day of July, 2019.

*/s/ James D. Whittemore*

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Counsel of Record; Steven S. Oscher

1